168 So.2d 820

**STATE of Louisiana, through The DEPART-
MENT OF HIGHWAYS,**

**v.**

**Johnie E. SUMRALL et al.**

**No. 47516.**

Dec. 1, 1964.

In re: Oren Russell and Oren W. Russell applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 167 So.2d 503.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

■

168 So.2d 820

**STATE of Louisiana, through The DEPART-
MENT OF HIGHWAYS,**

**v.**

**Johnie E. SUMRALL et al.**

**No. 47501.**

Dec. 1, 1964.

In re: Johnie E. Sumrall applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 167 So.2d 503.

The application is denied. There appears no error of law in the judgment complained of.

SANDERS and SUMMERS, JJ., are of the opinion that the writ should be granted, particularly as to severance damages.